# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00291 |
| v. | (Judge Brann) |
| WAYNE DAVIDSON and RAYMOND HOWARD, | |
| Defendants. | |

# ORDER

**AND NOW**, this 19th day of November 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that the Motion to Suppress Evidence (ECF No. 100) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge